UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>  -against-<br><br>UR M. JADDOU, ALEJANDRO MAYORKAS, JOHN THOMPSON,<br><br>       Defendants. | 24-cv-7467 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On October 2, 2024, Plaintiff Jane Doe brought this suit to compel defendants to interview her and adjudicate her asylum claim. *See* Dkts. 1, 8. According to her complaint, Doe is a journalist from Gaza who has faced religious and political persecution by Hamas, a terrorist organization currently in political control of Gaza. Dkt. 8, ¶ 1. Because of her work and criticism of Hamas, Doe and her family have been detained, monitored, harassed, and threatened by the terrorist group. *Id*. ¶ 2.

  Doe has moved to proceed under a pseudonym. Dkt. 6. For the reasons stated in Doe's memorandum of law, Dkt. 7, the motion is GRANTED.

  The Clerk of Court is directed to terminate the motion at Dkt. 6.

  SO ORDERED.

Dated: October 4, 2024
   New York, New York

                         ARUN SUBRAMANIAN
                         United States District Judge